BURGE and Another *v.* LUY.

APPEAL from the *Cass* Court of Common Pleas.     *Saturday, June 6.*

*Per Curiam.*—Suit upon a note, and judgment by default.

We see no error in the proceedings.

The judgment is affirmed with 2 per cent. damages and costs. •

*H. P. Biddle* and *B. W. Peters*, for the appellants.

*D. D. Pratt*, for the appellee.

